JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HUNT SEP IRA and DAVID HUNT individually and as beneficiary of the David Hunt SEP IRA,<br><br>Plaintiff,<br><br>v.<br><br>FRANK SIMONETTI, an individual, SWEETY HIGH, INC., a California Corporation, and VERONICA ZEELE, an individual.<br><br>Defendants. | Case No. 2:20-cv-00218-DSF-E<br><br>*Assigned to Honorable Dale S. Fischer*<br><br>**ORDER RE STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO F.R.CIV.P. 41(a)(1)(A)(ii)**<br><br>[*Stipulation filed concurrently*]<br><br>Complaint filed:    January 8, 2020<br><br>Trial Date:    None Set |

-1-

SMRH:4831-7072-7382.1

1  Defendants FRANK SIMONETTI, SWEETY HIGH, INC. and VERONICA
2  ZEELE ("Defendants"), and DAVID HUNT SEP IRA and DAVID HUNT
3  ("Plaintiff" *In Pro Per*), filed a joint Stipulation to Dismiss the Entire Action With
4  Prejudice, pursuant Federal Rule of Civil Procedure Section 41(a)(1)(A)(ii), and
5  pursuant to Civil L.R. 5-4.3.4(a)(2)(i).

7  After considering the Stipulation and all other matters presented to the Court,
8  **IT IS HEREBY ORDERED THAT:**
9  1. Pursuant to the parties' Stipulation filed on January 6, 2021, that
10 Plaintiffs' Complaint and this entire Action is Dismissed with prejudice as to all
11 parties.
12  IT IS SO ORDERED.
13  DATED: January 6, 2021

            _____
            Honorable Dale S. Fischer
            UNITED STATES DISTRICT JUDGE

SMRH:4831-7072-7382.1